BARBARA ROSENBERG, Plaintiff, *v.* SUSAN S. WILSON, Individually and as Executrix of ADRIAN POST, Deceased, Respondent, and CHARLES ROSENBERG, Appellant, Impleaded with Others.

*Rosenberg* v. *Wilson*, 120 App. Div. 554, affirmed.
(Argued October 1, 1907; decided October 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1907, which modified and affirmed as modified an order of Special Term decreeing distribution in surplus money proceedings.

*William D. Gaillard* for appellant.

*Yorke Allen* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.